In the matter of the claim of the dependents of Michael SULLIVAN, claimants-respts., v. INDUSTRIAL ENGINEERING COMPANY, employer, and Casualty Company of America,

insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion denied.